## J. D. FLY v. J. A. BAILEY AND ANOTHER.

Plaintiff, being dissatisfied with a judgment for money rendered in his favor by the District Court, gave notice of appeal, but without perfecting his appeal he caused execution to be issued on the judgment, and the defendants satisfied the execution. Afterwards, the plaintiff sued out writ of error; and on motion of defendants, the writ of error is dismissed by this court.

ERROR from Gonzales. Tried below before the Hon. Henry Maney.

The head-note indicates the facts. The transcript contained an order of sale issued in the case on the judgment of the court below, and returned satisfied in full by the sheriff, with the plaintiff's receipt for his principal and interest. By agreement of counsel in this court, it was admitted that the order of sale was issued at the instance of plaintiff's attorneys.

*Miller & Sayers*, for the plaintiff in error.

*T. M. Harwood*, for the defendants in error, moved to dismiss the writ of error because there is no judgment to be revised.

OGDEN, J.   It appears from the record that the appellant recovered a judgment in the District Court against the appellee, from which he has attempted to appeal to this court; but, disregarding his own attempt at appeal, he ran his execution in the District Court, and satisfied the judgment and costs.   This left him nothing to appeal from, and the appeal is therefore dismissed.

Dismissed.